IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ADNAN GHANIM ABDULHADI ALZARQANI )
and MAYTHAM G. A. ALZARQANI, )
)
)
Plaintiffs, )
)
vs. )
) Civil Action No. 5:22-cv-00492-BO
)
UNITED STATES CITIZENSHIP AND )
IMMIGRATION SERVICES; UR M. JADDOU, )
Director of USCIS; and UNITED STATES OF )
AMERICA, )
)
)
Defendants )

## ORDER GRANTING PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the undersigned, and for good cause showing, Plaintiffs' Notice of Voluntary Dismissal with Prejudice is hereby GRANTED.

This the 21 day of March, 2023.

Terrence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE